## COOPER v. STATE.
### No. 19575.

Court of Criminal Appeals of Texas.
March 3, 1938.

A. L. Lowery, of Nacogdoches, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Assault to murder is the offense; penalty assessed at confinement in the penitentiary for a period of three years.

The indictment appears regular and properly presented. The evidence heard upon the trial is not brought forward for review. No complaint of the procedure has been presented by bills of exception.

The judgment is affirmed.